JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SWON,<br><br>            Petitioner,<br>   v.<br><br>CALIFORNIA PAROLE BOARD,<br>et al.,<br><br>            Respondents | Case No. 2:19-cv-07005-DOC (AFM)<br><br>**JUDGMENT** |

    This matter came before the Court on the Petition of JAMES SWON for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 5, 2019

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE